# United States District Court

_____EASTERN_____ DISTRICT OF _____TENNESSEE_____

HESTER I. LAY                                         **JUDGMENT IN A CIVIL CASE**

                    V.

                                       CASE NUMBER: 3:05-CV-566

COMMISSIONER OF SSA

[ ]      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

     July 12, 2006                                              Patricia L. McNutt, Clerk
Date

                                                                By  s/A. Archer           Deputy Clerk